**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                    CHAPTER 13 NO.:

LEE DANIEL PARTEE                                 18 – 00794 – EE

**TRUSTEE'S MOTION TO STAY PROCEEDINGS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Motion to Stay Proceedings (including deadlines for filing a response to discovery) pending resolution of the issues presented by the Chapter 13 Trustee in cause number 18-50032 KMS, and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That this case was filed on March 1, 2018 and the section 341 meeting of creditors was held on April 3, 2018.

2. That Part 8.1 of the Chapter 13 plan contains non-standard provisions. These same non-standard provisions appear in Part 8.1 of the Plan in cause number 18-50032KMS, and same being the subject of the Trustee's objection to confirmation therein.

3. That the Honorable Judge Katherine M. Samson will hold a hearing in cause number 18-50032 KMS on May 31, 2018, and after the conclusion of the hearing will issue an opinion in due time.

4. That for reasons of judicial economy and conservation of resources, the Trustee in this cause requests that all proceedings stayed until an opinion has been issued on the Trustee's objection to confirmation in cause number 18-50032 KMS.

5. The Trustee reserves the right to provide additional grounds at the hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed and upon a hearing hereon this Honorable Court will enter its Order granting the Trustee's Motion and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: May    2   , 2018

                                                   Respectfully submitted,

                                                   /S/HAROLD J. BARKLEY, JR.
                                                   HAROLD J. BARKLEY, JR. – MSB #2008
                                                   CHAPTER 13 TRUSTEE
                                                   POST OFFICE BOX 4476
                                                   JACKSON, MS 39296-4476
                                                   PHONE: 601/362-6161
                                                   FAX: 601/362-8826
                                                   E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Frank H. Coxwell, III
frank@coxwellattorneys.com

Lee Daniel Partee
124 West Elbridge Way
Canton, MS 39046

Dated: May    2   , 2018

                              /S/HAROLD J. BARKLEY, JR.
                              HAROLD J. BARKLEY, JR.