

**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: January 29, 2019**

**The Order of the Court is set forth below. The docket reflects the date entered.**

In The United States Bankruptcy Court
For The Southern District of Mississippi

In Re:   Lee Daniel Partee                                     Chapter 13 No.   18-00794-NPO

Order of Dismissal

This cause having come before the Court on a Motion (Dkt#50) filed on behalf the Debtor to voluntarily dismiss this Chapter 13 Bankruptcy;

The Court finds that the motion is well taken and should be granted.

It is, therefore, ordered that the above styled Chapter 13 Bankruptcy is hereby dismissed on the motion of the Debtor.

##END OF ORDER##

PREPARED BY:
Frank H. Coxwell   MSB#7781
Rachel A. Coxwell   MSB#105559
Coxwell Attorneys
1675 Lakeland Drive Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
frank@coxwellattorneys.com
rachel@coxwellattorneys.com