Form ntcds13v (12/15)

## UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 18−00794−NPO
Chapter: 13

In re:
   Lee Daniel Partee
   124 West Elbridge Way
   Canton, MS 39046

Last four digits of Social−Security or Individual Tax−Payer−Indentification (ITIN) No(s)., (if any):
   xxx−xx−5424

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

   You are hereby notified that on January 28, 2019 Lee Daniel Partee (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307 (b) (the "Motion") (Dkt. # 51). On January 29, 2019 the court entered an *ex parte* order granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 1/29/19

Danny L. Miller, Clerk of Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225−2448
601−608−4600